### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RAYMOND WILLIAMS** | : | |
| *individually, and on behalf of* | : | |
| *all others similarly situated* | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 25-7213 |
| | : | |
| **CATWIG, LLC** | : | |
| *d/b/a Victory Disability* | : | |

### ORDER

This 17th day of February, 2026, it is hereby **ORDERED** that Plaintiff Raymond Williams's Request to Consolidate, ECF 11, is **GRANTED**. It is **FURTHER ORDERED** that:

1. The following cases are consolidated for all purposes, including filing records, briefing, oral argument, and disposition:

    a. *Williams v. Catwig, LLC* (25-cv-7213)

    b. *Long v. Catwig, LLC* (25-cv-7304)

    c. *Wright v. Catwig, LLC* (25-cv-7409)

    d. *Torgerson v. Catwig, LLC* (26-cv-0016)

    e. *Mitchell v. Catwig, LLC* (26-cv-0043)

    f. *Egbert v. Catwig, LLC* (26-cv-0114)

2. Civil Action No. 25-7213 shall be the lead case, and the Clerk of Court shall note the consolidation on all other dockets and mark them as statistically closed.

3. All future filings in these consolidated cases shall be made only in Civil Action No. 25-7213.

    /s/ Gerald Austin McHugh
    United States District Judge